B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**District of New Jersey** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spartan Contractor Supply Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Spartan Sales** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**16-1761925** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15-19 Evans Terminal**<br>**Hillside, NJ**<br>ZIP Code **07205** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Union** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 249**<br>**Hillside, NJ**<br>ZIP Code **07205** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Spartan Contractor Supply Company, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Chasbo Properties, Inc.** | Case Number: **To be determined** | Date Filed: **1/31/10** |
| District: **District of New Jersey; Trenton Vicinage** | Relationship: **Common Ownership; Landlord** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Spartan Contractor Supply Company, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ John D. Kutzler S.Ct.** _____
Signature of Attorney for Debtor(s)

**John D. Kutzler S.Ct. 78764; JDK9965**
Printed Name of Attorney for Debtor(s)

**Buzby & Kutzler, Attorneys at Law**
Firm Name

**1524 West Girard Avenue**
**Philadelphia, PA 19130**

_____
Address

**Email: johndkutzler@aol.com**
**215-235-2775  Fax: 215-235-2771**
Telephone Number

**January 31, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Donald R. Boresen** _____
Signature of Authorized Individual

**Donald R. Boresen**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 31, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re __Spartan Contractor Supply Company, Inc.__   Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor(s)   Chapter　　__11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Akrotex Films Inc.<br>P.O. Box 1508<br>Orange, TX 77631-1508 | Akrotex Films Inc.<br>P.O. Box 1508<br>Orange, TX 77631-1508 | Trade debt | | 7,000.00 |
| All-Ways Safety Inc.<br>Unit 100<br>63 Flushing Avenue<br>Brooklyn, NY 11205-1069 | All-Ways Safety Inc.<br>Unit 100<br>63 Flushing Avenue<br>Brooklyn, NY 11205-1069 | Trade debt | | 10,527.00 |
| Chasbo Properties, Inc.<br>899 Harrell Avenue<br>Woodbridge, NJ 07095 | Chasbo Properties, Inc.<br>899 Harrell Avenue<br>Woodbridge, NJ 07095 | Advance from Insurance Claim Receivable | | 200,946.00 |
| Dayton Superior Corp.<br>P.O. Box 712273<br>Cincinnati, OH 45271-2273 | Dayton Superior Corp.<br>P.O. Box 712273<br>Cincinnati, OH 45271-2273 | Trade debt | | 20,787.00 |
| Donald R. Boresen<br>15-19 Evans Terminal<br>Hillside, NJ 07205 | Donald R. Boresen<br>15-19 Evans Terminal<br>Hillside, NJ 07205 | Business Acquistion Unsecured Note Payable | | 202,113.00 |
| Glenn C. Boresen<br>899 Harrell Avenue<br>Woodbridge, NJ 07095 | Glenn C. Boresen<br>899 Harrell Avenue<br>Woodbridge, NJ 07095 | Business Acquisition Unsecured Note Payable | | 92,648.00 |
| Ivy Steel & Wire Division<br>P.O. Box 404248<br>Atlanta, GA 30384-4248 | Ivy Steel & Wire Division<br>P.O. Box 404248<br>Atlanta, GA 30384-4248 | Trade debt | | 9,415.00 |
| J. D. Russell Company<br>P.O. Box 183471<br>Utica, MI 48318-3471 | J. D. Russell Company<br>P.O. Box 183471<br>Utica, MI 48318-3471 | Trade debt | | 6,694.00 |
| JDS Associates<br>3155 Rt. 10 East<br>Suite 100<br>Denville, NJ 07834 | JDS Associates<br>3155 Rt. 10 East<br>Suite 100<br>Denville, NJ 07834 | Trade debt | | 31,538.00 |
| Liberty Transportation<br>1075 Garden State Road<br>Union, NJ 07083 | Liberty Transportation<br>1075 Garden State Road<br>Union, NJ 07083 | Trade debt | | 10,447.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Spartan Contractor Supply Company, Inc.**                                        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mar-Mac Wire Inc.<br>P.O. Box 1070<br>Charlotte, NC 28201-1070 | Mar-Mac Wire Inc.<br>P.O. Box 1070<br>Charlotte, NC 28201-1070 | **Trade debt** | | **10,000.00** |
| Mr. and Mrs. Ralph Milnes<br>2116 Senda de Daniel<br>Santa Fe, NM 87501 | Mr. and Mrs. Ralph Milnes<br>2116 Senda de Daniel<br>Santa Fe, NM 87501 | **Unsecured Note Payable** | | **250,000.00** |
| PNC Bank, N.A.<br>8800 Tinicum Boulevard<br>Philadelphia, PA 19153 | PNC Bank, N.A.<br>8800 Tinicum Boulevard<br>Philadelphia, PA 19153 | **All tangible and intangible personal property; other than T.D. Bank Account** | | **1,452,599.00**<br><br>**(1,039,867.00 secured)** |
| Prosoco Inc.<br>P.O. Box 413683<br>Kansas City, MO 64141-3683 | Prosoco Inc.<br>P.O. Box 413683<br>Kansas City, MO 64141-3683 | **Trade debt** | | **12,697.00** |
| Raven Industries Inc.<br>P.O. Box 1450<br>Minneapolis, MN 55485-9348 | Raven Industries Inc.<br>P.O. Box 1450<br>Minneapolis, MN 55485-9348 | **Trade debt** | | **9,169.00** |
| RKL Building Specialties Co.<br>23-86  48th Street<br>Astoria, NY 11103 | RKL Building Specialties Co.<br>23-86  48th Street<br>Astoria, NY 11103 | **Trade debt** | | **6,440.00** |
| Sandell Manufacturing Co. Inc.<br>P.O. Box 3358<br>Schenectady, NY 12303 | Sandell Manufacturing Co. Inc.<br>P.O. Box 3358<br>Schenectady, NY 12303 | **Trade debt** | | **16,146.00** |
| Spartan Acquisition Co., Inc.<br>611 Seven Oaks Road<br>Orange, NJ 07050-3123 | Spartan Acquisition Co., Inc.<br>611 Seven Oaks Road<br>Orange, NJ 07050-3123 | **All tangible and intangible personal property (subordinate to PNC)** | | **443,298.00**<br><br>**(0.00 secured)** |
| Strong-Man Building Products<br>240 West Parkway<br>Pompton Plains, NJ 07444 | Strong-Man Building Products<br>240 West Parkway<br>Pompton Plains, NJ 07444 | **Trade debt** | | **26,636.00** |
| Wire-Bond<br>P.O. Box 240988<br>Charlotte, NC 28224 | Wire-Bond<br>P.O. Box 240988<br>Charlotte, NC 28224 | **Trade debt** | | **23,888.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Spartan Contractor Supply Company, Inc.**                                              Case No.  _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 31, 2010**                                  Signature   **/s/ Donald R. Boresen**
                                                                        **Donald R. Boresen**
                                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### District of New Jersey

In re    __Spartan Contractor Supply Company, Inc._____ ,   Case No. _____

                                       Debtor

   Chapter _____ __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,072,674.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,895,897.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 2,781.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 1,012,381.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 1,072,674.00 | | |
| Total Liabilities | | | | 2,911,059.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of New Jersey

In re _____Spartan Contractor Supply Company, Inc._____,  Case No. _____

Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Spartan Contractor Supply Company, Inc.**                                   ,    Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Spartan Contractor Supply Company, Inc.** ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PNC Bank, N.A.** **Operating Account #86-1830-1434** **Location: 15-19 Evans Terminal, Hillside NJ** | - | 3.00 |
| | | **PNC Bank, N.A.** **Payroll Account #86-1830-1442** **Location: 15-19 Evans Terminal, Hillside NJ** | - | 262.00 |
| | | **PNC Bank, N.A.** **Fire Account #86-3694-6611** **Location: 15-19 Evans Terminal, Hillside NJ** | - | 0.00 |
| | | **PNC Bank, N.A.** **Money Market Account #86-1834-4223** **Location: 15-19 Evans Terminal, Hillside NJ** | - | 62.00 |
| | | **T.D. Bank** **Operating Account # 4247451307** **Location: 15-19 Evans Terminal, Hillside NJ** | - | 33,077.00 |
| | | **T.D. Bank** **Payroll Account # 4247451266** **Location: 15-19 Evans Terminal, Hillside NJ** | - | 730.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Suburban Capital LLC** **333 Cedar Avenue** **Middlesex, NJ 08846** **Attn: Mr. Joshua A. Rosenthal** **Security Deposit for Temporary Warehouse Leased from 2008 through 2009** | - | 64,312.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 98,446.00 |
| (Total of this page) | |

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re  **Spartan Contractor Supply Company, Inc.**                              ,     Case No. _____

                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Location: 15-19 Evans Terminal, Hillside NJ Claim against Liberty Mutual Insurance Company Proceeds from Fire Insurance Claim** | - | 139,277.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Location: 15-19 Evans Terminal, Hillside NJ Trade Accounts** | - | 191,358.00 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

|  | Sub-Total >  | 330,635.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet  **1**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Spartan Contractor Supply Company, Inc.**                                                    ,  Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Location: 15-19 Evans Terminal, Hillside NJ** | - | 1,000.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Location: 15-19 Evans Terminal, Hillside NJ nothing on balance sheet** | - | 20,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Location: 15-19 Evans Terminal, Hillside NJ nothing on balance sheet** | - | 20,000.00 |
| 30. Inventory. | | **Location: 15-19 Evans Terminal, Hillside NJ Inventory held for sale** | - | 600,745.00 |

|  | Sub-Total >  | 641,745.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Spartan Contractor Supply Company, Inc.** ,     Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Location: 15-19 Evans Terminal, Hillside NJ** **Prepaid Taxes** | - | 1,848.00 |

Sub-Total >     1,848.00
(Total of this page)

Total >     1,072,674.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Spartan Contractor Supply Company, Inc.** ,       Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PNC Bank, N.A.**<br>**8800 Tinicum Boulevard**<br>**Philadelphia, PA 19153** | X | - | **August 2006**<br><br>**Purchase Money Security**<br><br>**All tangible and intangible personal property; other than T.D. Bank Account** | | | | | |
| | | | Value $       **1,039,867.00** | | | | **1,452,599.00** | **412,732.00** |
| Account No.<br><br>**Spartan Acquisition Co., Inc.**<br>**611 Seven Oaks Road**<br>**Orange, NJ 07050-3123** | X | - | **August 2006**<br><br>**Subordinate Purchase Money**<br><br>**All tangible and intangible personal property (subordinate to PNC)** | | | | | |
| | | | Value $              **0.00** | | | | **443,298.00** | **443,298.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

|  |  |  |
|---|---|---|
| __0__ continuation sheets attached | Subtotal<br>(Total of this page) | **1,895,897.00**     **856,030.00** |
| | Total<br>(Report on Summary of Schedules) | **1,895,897.00**     **856,030.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re __Spartan Contractor Supply Company, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__2_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Spartan Contractor Supply Company, Inc.**        Case No. _____

                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | | | |
| Teamsters Local 408 - Pension 1907 Morris Avenue Union, NJ 07083 | | - | Employment Contract Obligations | | | | 765.00 | | 765.00 |
| | | | | | | | | 0.00 | |
| Account No. | | | 2009 | | | | | | |
| Teamsters Local 408 - Welfare 1907 Morris Avenue Union, NJ 07083 | | - | Employment Contract Obligations | | | | 2,016.00 | | 2,016.00 |
| | | | | | | | | 0.00 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Sheet **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 2,781.00 | 2,781.00 0.00 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Spartan Contractor Supply Company, Inc.** ,          Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx-xxx1935**  **Internal Revenue Service Kansas City, MO 64999-0002** | - | | | **2009 and 2010 income taxes**  **Entry for Notice Purposes Only** | | | | 0.00 | 0.00 |
| Account No. **xx-xxx1925**  **State of New Jersey Division of Taxation P.O. Box 111 Trenton, NJ 08645-0111** | - | | | **2009 and 2010 income tax and sales & use**  **Entry for Notice Purposes Only** | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00  0.00 |
| Total (Report on Summary of Schedules) | 2,781.00 | 2,781.00  0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Spartan Contractor Supply Company, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **3M** <br> **2096 Reliable Parkway** <br> **Chicago, IL 60686-0020** | | - | | | **2009** <br> **Trade debt** | | | | 1,901.00 |
| Account No. <br><br> **Action Rubber & Industrial, Inc.** <br> **P.O. Box 7098** <br> **Rochelle Park, NJ 07662** | | - | | | **2009** <br> **Trade debt** | | | | 1,019.00 |
| Account No. <br><br> **Advanced Building Products Inc.** <br> **P.O. Box 98** <br> **Springvale, ME 04083** | | - | | | **2009** <br> **Trade debt** | | | | 3,038.00 |
| Account No. <br><br> **Akrotex Films Inc.** <br> **P.O. Box 1508** <br> **Orange, TX 77631-1508** | | - | | | **2009** <br> **Trade debt** | | | | 7,000.00 |

__9__ continuation sheets attached

Subtotal (Total of this page)    **12,958.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:23247-100105    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Spartan Contractor Supply Company, Inc.**                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** **Trade debt** | | | | |
| **All-Ways Safety Inc.** **Unit 100** **63 Flushing Avenue** **Brooklyn, NY 11205-1069** | - | | | | | | 10,527.00 |
| Account No. | | | **2009** **Trade debt** | | | | |
| **Balco Inc.** **2626 South Sheridan** **P.O. Box 17249** **Wichita, KS 67217-0249** | - | | | | | | 1,997.00 |
| Account No. | | | **Trade debt** | | | | |
| **Bartell Morrison USA (LLC)** **2 Industrial Drive** **Keyport, NJ 07735** | - | | | | | | 2,700.00 |
| Account No. | | | **2009** **Advance from Insurance Claim Receivable** | | | | |
| **Chasbo Properties, Inc.** **899 Harrell Avenue** **Woodbridge, NJ 07095** | - | | | | | | 200,946.00 |
| Account No. | | | **2009** **Trade debt** | | | | |
| **Dayton Superior Corp.** **P.O. Box 712273** **Cincinnati, OH 45271-2273** | - | | | | | | 20,787.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

236,957.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Spartan Contractor Supply Company, Inc._____,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | August 2006 Business Acquistion Unsecured Note Payable | | | | |
| Donald R. Boresen 15-19 Evans Terminal Hillside, NJ 07205 | - | | | | | | | 202,113.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Dow Chemical Company 7719 Collection Center Drive Chicago, IL 60693 | - | | | | | | | 0.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Five Star Group NJ P.O. Box 1960 East Hanover, NJ 07936 | - | | | | | | | 2,202.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Gemtor, Inc. One Johnson Avenue Matawan, NJ 07747 | - | | | | | | | 5,089.00 |
| Account No. | | | | August 2006 Business Acquisition Unsecured Note Payable | | | | |
| Glenn C. Boresen 899 Harrell Avenue Woodbridge, NJ 07095 | - | | | | | | | 92,648.00 |

| Sheet no. __2___ of __9___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 302,052.00 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Spartan Contractor Supply Company, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Trade debt | | | | |
| Hanes Geo Components; L & P Financial Services Co. P.O. Box 60984 Charlotte, NC 28260 | | - | | | | | | 5,160.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Husqvarna Construction Products P.O. Box 2771 Carol Stream, IL 60132-2771 | | - | | | | | | 2,941.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Ivy Steel & Wire Division P.O. Box 404248 Atlanta, GA 30384-4248 | | - | | | | | | 9,415.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| J. D. Russell Company P.O. Box 183471 Utica, MI 48318-3471 | | - | | | | | | 6,694.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| JDS Associates 3155 Rt. 10 East Suite 100 Denville, NJ 07834 | | - | | | | | | 31,538.00 |

Sheet no. __3___ of __9___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    55,748.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Spartan Contractor Supply Company, Inc.** ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jescraft**<br>**201 West Fort Lee Road**<br>**Bogota, NJ 07603** | - | | **2009**<br>**Trade debt** | | | | 3,882.00 |
| Account No.<br><br>**Kenseal Const. Products Corp.**<br>**P.O. Box 23454**<br>**Newark, NJ 07189** | - | | **2009**<br>**Trade debt** | | | | 5,891.00 |
| Account No.<br><br>**Liberty Transportation**<br>**1075 Garden State Road**<br>**Union, NJ 07083** | - | | **2009**<br>**Trade debt** | | | | 10,447.00 |
| Account No.<br><br>**Logistics Supply**<br>**P.O. Box 481931**<br>**Charlotte, NC 28269** | - | | **2009**<br>**Trade debt** | | | | 2,590.00 |
| Account No.<br><br>**Mar-Mac Wire Inc.**<br>**P.O. Box 1070**<br>**Charlotte, NC 28201-1070** | - | | **2009**<br>**Trade debt** | | | | 10,000.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          32,810.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Spartan Contractor Supply Company, Inc.** ,                    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Trade debt | | | | |
| **Marshalltown** **P.O. Box 738** **Marshalltown, IA 50158** | - | | | | | | 3,236.00 |
| Account No. | | | 2009 Unsecured Note Payable | | | | |
| **Mr. and Mrs. Ralph Milnes** **2116 Senda de Daniel** **Santa Fe, NM 87501** | - | | | | | | 250,000.00 |
| Account No. | | | 2009 Trade debt | | | | |
| **Mutual Industries Inc.** **P.O. Box 13700** **Lockbox # 701247** **Philadelphia, PA 19191-1247** | - | | | | | | 579.00 |
| Account No. | | | 2009 Trade debt | | | | |
| **Neslo Petroleum Products** **P.O. Box 33** **Fords, NJ 08863** | - | | | | | | 475.00 |
| Account No. | | | 2009 Trade debt | | | | |
| **Newark Paperboard Prod. /York** **1820 Solutions Center Drive** **Chicago, IL 60677-1008** | - | | | | | | 3,861.00 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

258,151.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Spartan Contractor Supply Company, Inc.**                     ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 2009 | | Trade debt | | | | |
| Ohio Casualty P.O. Box 7906 Loveland, OH 45140-7906 | - | | | | | | | 0.00 |
| Account No. | | 2009 | | Trade debt | | | | |
| Olympic Glove & Safety Co. Inc. 75 Main Avenue P.O. Box 9410 Elmwood Park, NJ 07407 | - | | | | | | | 1,114.00 |
| Account No. | | 2009 | | Trade debt | | | | |
| Pearl Abrasive Company P.O. Box 515425 Los Angeles, CA 90051-6725 | - | | | | | | | 2,299.00 |
| Account No. | | 2009 | | Trade debt | | | | |
| Poly-Pak Industries P.O. Box 32174 Hartford, CT 06150-2174 | - | | | | | | | 721.00 |
| Account No. | | 2009 | | Trade debt | | | | |
| Prime Source Receivables Co LLC 2517 Paysphere Circle Chicago, IL 60674 | - | | | | | | | 204.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,338.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Spartan Contractor Supply Company, Inc._____,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Trade debt | | | | |
| Prosoco Inc. P.O. Box 413683 Kansas City, MO 64141-3683 | - | | | | | | | 12,697.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Radians Inc. P.O. Box 341849 Memphis, TN 38184-1849 | - | | | | | | | 585.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Raven Industries Inc. P.O. Box 1450 Minneapolis, MN 55485-9348 | - | | | | | | | 9,169.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| RKL Building Specialties Co. 23-86  48th Street Astoria, NY 11103 | - | | | | | | | 6,440.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Sandell Manufacturing Co. Inc. P.O. Box 3358 Schenectady, NY 12303 | - | | | | | | | 16,146.00 |

Sheet no. __7___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     45,037.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Spartan Contractor Supply Company, Inc.** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SpecChem<br>47th Street<br>Ste. 450<br>Kansas City, MO 64112** | - | | **2009<br>Trade debt** | | | | 4,734.00 |
| Account No.<br><br>**Strong-Man Building Products<br>240 West Parkway<br>Pompton Plains, NJ 07444** | - | | **2009<br>Trade debt** | | | | 26,636.00 |
| Account No.<br><br>**Target Industries<br>P.O. Box 95000-4095<br>Philadelphia, PA 19195-0001** | - | | **2009<br>Trade debt** | | | | 1,880.00 |
| Account No.<br><br>**TEC Products Co. Inc.<br>R3 TEC Bunzl Mid Atlantic Region<br>12765 Collections Center Drive<br>Chicago, IL 60693** | - | | **2009<br>Trade debt** | | | | 0.00 |
| Account No.<br><br>**U.S. Wire & Cable Corp.<br>33 Queen Street<br>Newark, NJ 07114** | - | | **2009<br>Trade debt** | | | | 1,234.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          34,484.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Spartan Contractor Supply Company, Inc.**                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Trade debt | | | | |
| Unitex USA Inc. 28 International Court Dallas, GA 30157 | - | | | | | | | 0.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Weiler Corporation #2840 P.O. Box 8500 Philadelphia, PA 19178-2840 | - | | | | | | | 1,195.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Weston Company P.O. Box 397 Gainesville, VA 20156 | - | | | | | | | 748.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Wholesale Bldg. Specialties 6810 U.S. Highway 9 Howell, NJ 07731 | - | | | | | | | 4,015.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Wire-Bond P.O. Box 240988 Charlotte, NC 28224 | - | | | | | | | 23,888.00 |

Sheet no. __9___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **29,846.00**

Total
(Report on Summary of Schedules)    **1,012,381.00**

B6G (Official Form 6G) (12/07)

.

In re    **Spartan Contractor Supply Company, Inc.**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Emerald Communications**<br>**Address Unknown** | **Avaya Phone System Lease for New Warehouse Operations** |
| **Ford Credit**<br>**P.O. Box 220564**<br>**Pittsburgh, PA 15257-2564** | **Lease of F-250 Delivery Truck** |
| **Infiniti Financial Services**<br>**P.O. Box 371447**<br>**Pittsburgh, PA 15250-7447** | **Leases for private passenger cars (Two).** |
| **Penske Truck Leasing Co., LP**<br>**P.O. Box 827380**<br>**Philadelphia, PA 19182-7380** | **Lease of a 33,000 lb gross vehicle weight delivery truck** |
| **Pitney Bowes Global Financial Services**<br>**P.O. Box 856460**<br>**Louisville, KY 40285-6460** | **Lease for postal meter** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Spartan Contractor Supply Company, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Donald R. Boresen**<br>**15-19 Evans Terminal**<br>**Hillside, NJ 07205** | **PNC Bank, N.A.**<br>**8800 Tinicum Boulevard**<br>**Philadelphia, PA 19153** |
| **Donald R. Boresen**<br>**15-19 Evans Terminal**<br>**Hillside, NJ 07205** | **Spartan Acquisition Co., Inc.**<br>**611 Seven Oaks Road**<br>**Orange, NJ 07050-3123** |
| **Katherine J. Boresen**<br>**15-19 Evans Terminal**<br>**Hillside, NJ 07205** | **PNC Bank, N.A.**<br>**8800 Tinicum Boulevard**<br>**Philadelphia, PA 19153** |
| **Katherine J. Boresen**<br>**15-19 Evans Terminal**<br>**Hillside, NJ 07205** | **Spartan Acquisition Co., Inc.**<br>**611 Seven Oaks Road**<br>**Orange, NJ 07050-3123** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re   **Spartan Contractor Supply Company, Inc.**                                           Case No.

                                                Debtor(s)               Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **23**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 31, 2010**                                 Signature   **/s/ Donald R. Boresen**

                                                                    **Donald R. Boresen**
                                                                    **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  **Spartan Contractor Supply Company, Inc.**                                      Case No. _____

                                         Debtor(s)                     Chapter      **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **Operation of construction materials business.** |
| | **Gross Revenues in 2008, per IRS Returns, $1,721,000** |
| | **Net Loss in 2008 of ($290,000);** |
| | **Gross Revenues in 2009, per business records, $1,730,000** |
| | **Net Loss in 2009 of ($252,000).** |

2

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Donald R. Boresen**<br>**15-19 Evans Terminal**<br>**Hillside, NJ 07205** | **Salary Payments for employment services at $87,000.00 per annum.** | **$0.00** | **$202,113.00** |
| **Glenn C. Boresen**<br>**899 Harrell Avenue**<br>**Woodbridge, NJ 07095** | **Salary payments for employment services at $87,000 per annum** | **$0.00** | **$92,648.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

2

**2. Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**          See Exhibit A – Creditor 90 Day Payments Attached

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☑

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Buzby & Kutzler, Attorneys at Law**<br>**1524 West Girard Avenue**<br>**Philadelphia, PA 19130** | **January 18, 2010** | **$3,750.00** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

6

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Joseph Storms**<br>**JDS Associates**<br>**Suite 100**<br>**3155 Route 10**<br>**Denville, NJ 07834** | **August 2006 to date** |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Joseph Storms** | **JDS Associates**<br>**Suite 100**<br>**3155 Route 10**<br>**Denville, NJ 07834** |

7

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **All inventory acquired new post-fire loss at June 2008** | | **Inventory at Cost; all acquired post June 2008** |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **All inventory acquired new post-fire loss at June 2008** | **Donald R. Boresen 15-19 Evans Terminal Hillside, NJ 07205** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Donald R. Boresen 15-19 Evans Terminal Hillside, NJ 07205** | **President** | **1 share of common stock** |
| **Katherine J. Boresen 15-19 Evans Terminal Hillside, NJ 07205** | **Secretary** | **1 share of common stock** |
| **Spartan Contractor Supply Company, Inc. Profit Sharing Plan & Trust 15-19 Evans Terminal Hillside, NJ 07205** | **Shareholder** | **100 shares of common stock** |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **January 31, 2010**                    Signature  **/s/ Donald R. Boresen**
                                                      **Donald R. Boresen**
                                                      **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

EXHIBIT A TO

STATEMENT OF FINANCIAL AFFAIRS

| Check Date | Vendor Name | Classification of Payees | Amount Paid |
|---|---|---|---|
| 11/1/2009 | PNC Bank | Lender | $ 15,883.12 |
| 11/1/2009 | PNC Bank | Lender | $ 3,540.51 |
| 11/1/2009 | PNC Bank | Lender | $ 1,463.89 |
| 11/2/2009 | Transfer to Payroll | Operating Expense | $ 11,000.00 |
| 11/3/2009 | *Ford Credit* | Operating Expense | $ 649.00 |
| 11/3/2009 | Hillside Tax Collector | Operating Expense | $ 4,126.88 |
| 11/3/2009 | Exxon/Mobil | Operating Expense | $ 479.64 |
| 11/5/2009 | Wire Bond | Trade Payable | $ 12,453.17 |
| 11/6/2009 | Elizabethtown Gas | Operating Expense | $ 22.57 |
| 11/6/2009 | Euclid Chemical | Trade Payable | $ 8,486.44 |
| 11/6/2009 | James A. Cataldo | Lender | $ 3,134.49 |
| 11/6/2009 | Spartan Acquisition | Lender | $ 6,292.15 |
| 11/6/2009 | *Penske Truck Leasing* | Operating Expense | $ 1,431.05 |
| 11/6/2009 | Spark Security | Operating Expense | $ 72.00 |
| 11/6/2009 | Verizon | Operating Expense | $ 77.61 |
| 11/6/2009 | United Parcel Service | Operating Expense | $ 13.35 |
| 11/6/2009 | Aenvoe Industries | Operating Expense | $ 2,094.38 |
| 11/9/2009 | AllWays Safety | Trade Payable | $ 588.00 |
| 11/9/2009 | American Express | Operating Expense | $ 949.77 |
| 11/9/2009 | Cullicover & Shapiro | Trade Payable | $ 1,145.64 |
| 11/9/2009 | Danish Imports | Trade Payable | $ 264.64 |
| 11/9/2009 | Mutual Industries | Trade Payable | $ 346.55 |
| 11/9/2009 | Penske Truck Leasing | Operating Expense | $ 175.17 |
| 11/9/2009 | Purshase Power | Trade Payable | $ 106.99 |
| 11/9/2009 | Sunoco | Operating Expense | $ 1,034.38 |
| 11/9/2009 | Transfer to Payroll | Operating Expense | $ 5,000.00 |
| 11/10/2009 | Doran Sling | Trade Payable | $ 1,170.74 |
| 11/13/2009 | A. W. Meyer | Trade Payable | $ 347.06 |
| 11/13/2009 | AAA Bailing | Trade Payable | $ 1,942.88 |
| 11/13/2009 | Elizabethtown Gas | Operating Expense | $ 75.62 |
| 11/13/2009 | Hanes Geo Textile | Trade Payable | $ 2,120.00 |
| 11/13/2009 | National Spencer | Trade Payable | $ 214.77 |
| 11/13/2009 | Newark Paperboard | Trade Payable | $ 7,408.92 |
| 11/13/2009 | Sandell Manufacturing | Trade Payable | $ 5,776.99 |
| 11/13/2009 | Stone Steel | Trade Payable | $ 3,503.00 |

| Date | Payee | Category | | Amount |
|---|---|---|---|---|
| 11/13/2009 | Strong Man Building Products | Trade Payable | $ | 1,268.25 |
| 11/13/2009 | Wel-Co | Trade Payable | $ | 586.08 |
| 11/16/2009 | Pearl Abrasive | Trade Payable | $ | 418.50 |
| 11/16/2009 | Transfer to Payroll | Operating Expense | $ | 8,000.00 |
| 11/17/2009 | A. W. Meyer | Trade Payable | $ | 64.64 |
| 11/17/2009 | Wire Cloth Manufacturing | Trade Payable | $ | 1,273.76 |
| 11/18/2009 | Five Star | Trade Payable | $ | 735.38 |
| 11/18/2009 | State of NJ - UEZ Sales Tax | Operating Expense | $ | 2,499.09 |
| 11/19/2009 | Telecheck Services | Operating Expense | $ | 132.42 |
| 11/20/2009 | Aearo Company | Trade Payable | $ | 2,727.00 |
| 11/20/2009 | *Champion Security* | Operating Expense | $ | 579.00 |
| 11/20/2009 | Dayton Superior | Trade Payable | $ | 1,939.11 |
| 11/20/2009 | Hohman & Bernard | Trade Payable | $ | 2,697.21 |
| 11/20/2009 | Kenseal Construction Products | Trade Payable | $ | 1,209.68 |
| 11/20/2009 | Mutual Industries | Trade Payable | $ | 3,000.00 |
| 11/20/2009 | *Propane Power Corporation* | Operating Expense | $ | 132.22 |
| 11/20/2009 | Ringel Brothers | Trade Payable | $ | 1,947.00 |
| 11/20/2009 | Spec Chem | Trade Payable | $ | 380.19 |
| 11/20/2009 | Verizon Wireless | Operating Expense | $ | 386.53 |
| 11/20/2009 | Weston Company | Trade Payable | $ | 759.25 |
| 11/23/2009 | Transfer to Payroll | Operating Expense | $ | 9,000.00 |
| 11/23/2009 | Chasbo Properties, Inc. | Operating Expense | $ | 13,292.87 |
| 11/24/2009 | *Infinity Financial Services* | Operating Expense | $ | 668.75 |
| 11/24/2009 | Ohio Casualty (P&C Insurance) | Operating Expense | $ | 4,393.20 |
| 11/24/2009 | *Williams-Scotsman* | Operating Expense | $ | 1,536.52 |
| 11/24/2009 | *Infinity Financial Services* | Operating Expense | $ | 668.75 |
| 11/24/2009 | Champion Security | Operating Expense | $ | 439.55 |
| 11/24/2009 | LACO Industries | Trade Payable | $ | 281.61 |
| 11/25/2009 | Bank Charges | Operating Expense | $ | 555.30 |
| 11/30/2008 | PNC Bank | Lender | $ | 15,883.12 |
| 12/1/2009 | PNC Bank | Lender | $ | 3,271.70 |
| 12/1/2009 | PNC Bank | Lender | $ | 1,416.67 |
| 12/1/2009 | PNC Bank | Lender | $ | 3,091.23 |
| 12/1/2009 | James A. Cataldo | Lender | $ | 6,335.41 |
| 12/1/2009 | Spartan Acquisition | Lender | $ | |
| 12/1/2009 | *Ace Waste* | Operating Expense | $ | 180.00 |
| 12/1/2009 | Elizabethtown Gas | Operating Expense | $ | 43.00 |
| 12/1/2009 | Penske Truck Leasing | Operating Expense | $ | 179.71 |

| Date | Payee | Type | Amount |
|---|---|---|---|
| 12/1/2009 | United Parcel Service | Operating Expense | $ 12.47 |
| 12/1/2009 | Verizon | Operating Expense | $ 600.84 |
| 12/1/2009 | Meadow Burke | Trade Payable | $ 434.00 |
| 12/4/2009 | Champion Security | Operating Expense | $ 30.77 |
| 12/4/2009 | A. H. Harris | Trade Payable | $ 2,047.50 |
| 12/4/2009 | Anti Hydro | Trade Payable | $ 148.48 |
| 12/4/2009 | Exxon/Mobil | Operating Expense | $ 841.17 |
| 12/4/2009 | Ford Credit | Operating Expense | $ 649.00 |
| 12/4/2009 | Verizon | Operating Expense | $ 48.19 |
| 12/7/2009 | American Express | Operating Expense | $ 1,453.76 |
| 12/7/2009 | Comcast | Operating Expense | $ 639.30 |
| 12/7/2009 | Penske Truck Leasing | Operating Expense | $ 1,485.49 |
| 12/7/2009 | Propane Power Corporation | Operating Expense | $ 72.90 |
| 12/7/2009 | PSE&G | Operating Expense | $ 1,369.62 |
| 12/7/2009 | Sunoco | Operating Expense | $ 776.40 |
| 12/7/2009 | Teamsters Local 408 - Welfare | Operating Expense | $ 4,740.00 |
| 12/7/2009 | Teamsters Local 408 - Pension | Operating Expense | $ 1,909.05 |
| 12/7/2009 | Transfer to Payroll | Operating Expense | $ 6,000.00 |
| 12/8/2009 | Chase Bank (Ralph & Esther Milnes) | Lender | $ 600.00 |
| 12/9/2009 | AllWays Safety | Trade Payable | $ 1,273.60 |
| 12/9/2009 | Durabilt | Trade Payable | $ 1,539.91 |
| 12/9/2009 | Euclid Chemical | Trade Payable | $ 937.50 |
| 12/9/2009 | Foxy Manufacturing | Trade Payable | $ 1,951.20 |
| 12/9/2009 | Heckman Building Products | Trade Payable | $ 710.74 |
| 12/9/2009 | Independent Diamond Products | Trade Payable | $ 104.85 |
| 12/9/2009 | MKT Fastening | Trade Payable | $ 409.20 |
| 12/9/2009 | Strong Man Building Products | Trade Payable | $ 725.90 |
| 12/9/2009 | United Parcel Service | Operating Expense | $ 20.01 |
| 12/11/2009 | Action Rubber | Trade Payable | $ 868.80 |
| 12/11/2009 | Advanced Handling | Trade Payable | $ 534.40 |
| 12/11/2009 | Aearo Company | Trade Payable | $ 1,795.75 |
| 12/11/2009 | Elizabethtown Gas | Operating Expense | $ 44.68 |
| 12/11/2009 | Jenkintown Business Graphics | Operating Expense | $ 328.55 |
| 12/11/2009 | PSE&G | Operating Expense | $ 1,919.36 |
| 12/14/2009 | Transfer to Payroll | Operating Expense | $ 10,000.00 |
| 12/15/2009 | Akrotek Films | Trade Payable | $ 5,251.20 |
| 12/15/2009 | Bamboo & Rattan Works | Trade Payable | $ 365.54 |

| Date | Payee | Type | Amount |
|---|---|---|---|
| 12/15/2009 | Bon Tool Company | Trade Payable | $ 2,315.80 |
| 12/15/2009 | Dayton Superior | Trade Payable | $ 2,513.48 |
| 12/15/2009 | Euclid Chemical | Trade Payable | $ 3,351.18 |
| 12/15/2009 | Kenseal Construction Products | Trade Payable | $ 1,529.44 |
| 12/15/2009 | Mar-Mac Wire | Trade Payable | $ 5,288.44 |
| 12/15/2009 | Newark Paperboard | Trade Payable | $ 865.54 |
| 12/15/2009 | NYP Corporation | Trade Payable | $ 1,020.00 |
| 12/15/2009 | Powers Fasteners | Trade Payable | $ 1,955.87 |
| 12/15/2009 | Prime Source | Trade Payable | $ 462.53 |
| 12/15/2009 | Purshase Power | Trade Payable | $ 379.64 |
| 12/15/2009 | Verizon Wireless | Operating Expense | $ 433.97 |
| 12/15/2009 | NY Sales Tax | Operating Expense | $ 1,771.13 |
| 12/17/2009 | State of NJ - UEZ Sales Tax | Operating Expense | $ 736.22 |
| 12/17/2009 | Transfer to Payroll | Operating Expense | $ 10,000.00 |
| 12/21/2009 | Telecheck Services | Operating Expense | $ 57.86 |
| 12/23/2009 | Infinity Financial Services | Operating Expense | $ 668.75 |
| 12/23/2009 | Approved Fire Protection | Operating Expense | $ 87.74 |
| 12/23/2009 | Infinity Financial Services | Operating Expense | $ 668.75 |
| 12/23/2009 | My Office | Operating Expense | $ 29.95 |
| 12/23/2009 | Penske Truck Leasing | Operating Expense | $ 167.88 |
| 12/23/2009 | Propane Power Corporation | Operating Expense | $ 44.32 |
| 12/23/2009 | Williams-Scotsman | Operating Expense | $ 486.85 |
| 12/23/2009 | Royal United | Trade Payable | $ 230.10 |
| 12/24/2009 | Transfer to Payroll | Operating Expense | $ 10,000.00 |
| 12/28/2009 | Exxon/Mobil | Operating Expense | $ 697.97 |
| 12/28/2009 | ImpressM | Operating Expense | $ 41.85 |
| 12/28/2009 | *Ohio Casualty (P&C Insurance)* | Operating Expense | $ 4,393.20 |
| 12/28/2009 | Verizon | Operating Expense | $ 48.19 |
| 12/28/2009 | Chasbo Properties, Inc. | Operating Expense | $ 13,292.87 |
| 12/31/2009 | Bank Charges | Operating Expense | $ 137.53 |
| 12/31/2009 | Transfer to Payroll | Operating Expense | $ 8,500.00 |
| 1/1/2010 | PNC Bank | Lender | $ 15,883.12 |
| 1/1/2010 | PNC Bank | Lender | $ 3,271.70 |
| 1/1/2010 | PNC Bank | Lender | $ 1,463.89 |
| 1/4/2010 | A. H. Harris | Trade Payable | $ 1,260.00 |
| 1/4/2010 | Bon Tool Company | Trade Payable | $ 128.56 |
| 1/8/2010 | Ace Waste | Operating Expense | $ 100.00 |

| Date | Payee | Type | Amount |
|---|---|---|---|
| 1/8/2010 | Ford Credit | Operating Expense | $ 649.00 |
| 1/11/2010 | A. H. Harris | Trade Payable | $ 1,176.00 |
| 1/11/2010 | Buzby & Kutzler, | Operating Expense | $ 3,750.00 |
| 1/11/2010 | Comcast | Operating Expense | $ 266.33 |
| 1/11/2010 | Penske Truck Leasing | Operating Expense | $ 1,610.19 |
| 1/11/2010 | *Pitney Bowes* | Operating Expense | $ 168.00 |
| 1/11/2010 | Propane Power Corporation | Operating Expense | $ 44.32 |
| 1/11/2010 | PSE&G | Operating Expense | $ 565.72 |
| 1/11/2010 | Purchase Power | Trade Payable | $ 106.99 |
| 1/11/2010 | Sunoco | Operating Expense | $ 1,038.79 |
| 1/11/2010 | Transfer to Payroll | Operating Expense | $ 8,500.00 |
| 1/14/2010 | Dow Chemical | Trade Payable | $ 11,317.40 |
| 1/15/2010 | A. W. Meyer | Trade Payable | $ 205.97 |
| 1/15/2010 | Blico Wire | Trade Payable | $ 1,044.00 |
| 1/15/2010 | Chapinm International | Trade Payable | $ 2,200.48 |
| 1/15/2010 | Colavita | Operating Expense | $ 453.60 |
| 1/15/2010 | Danish Imports | Trade Payable | $ 90.53 |
| 1/15/2009 | Deslauriers | Trade Payable | $ 356.70 |
| 1/15/2007 | Doran Sling | Trade Payable | $ 1,430.16 |
| 1/15/2010 | Euclid Chemical | Trade Payable | $ 5,540.71 |
| 1/15/2010 | IDC | Trade Payable | $ 654.77 |
| 1/15/2010 | Independent Diamond Products | Trade Payable | $ 2,136.98 |
| 1/15/2010 | Keson Industries | Trade Payable | $ 780.00 |
| 1/15/2010 | Kiefer Brush | Trade Payable | $ 230.69 |
| 1/15/2010 | Kotap America | Trade Payable | $ 1,682.20 |
| 1/15/2010 | Kraft Tool | Trade Payable | $ 519.43 |
| 1/15/2010 | MKT Fastening | Trade Payable | $ 4.12 |
| 1/15/2010 | Ringel Brothers | Trade Payable | $ 3,039.00 |
| 1/15/2010 | Seaboard Paper | Trade Payable | $ 2,085.60 |
| 1/15/2010 | Teamsters Local 408 - Welfare | Operating Expense | $ 4,031.96 |
| 1/15/2010 | Teamsters Local 408 - Pension | Operating Expense | $ 1,722.15 |
| 1/15/2010 | Verizon Wireless | Operating Expense | $ 392.20 |
| 1/18/2010 | Transfer to Payroll | Operating Expense | $ 7,000.00 |
| 1/19/2010 | Telecheck Services | Operating Expense | $ 15.40 |
| 1/20/2010 | State of NJ - UEZ Sales Tax | Operating Expense | $ 439.30 |
| 1/20/2010 | NY Sales Tax | Operating Expense | $ 2,686.49 |
| 1/25/2010 | Creative Design Plus | Operating Expense | $ 2,589.40 |

| Date | Payee | Type | Amount |
|---|---|---|---|
| 1/25/2010 | Exxon/Mobil | Operating Expense | $ 864.71 |
| 1/25/2010 | R.C. Solutions | Operating Expense | $ 775.00 |
| 1/25/2010 | Infinity Financial Services | Operating Expense | $ 668.75 |
| 1/25/2010 | Verizon | Operating Expense | $ 48.81 |
| 1/25/2010 | Williams-Scotsman | Operating Expense | $ 486.85 |
| 1/25/2010 | Infinity Financial Services | Operating Expense | $ 668.75 |
| 1/25/2010 | Penske Truck Leasing | Operating Expense | $ 155.45 |
| 1/25/2010 | Prudential Insurance Company of America | Operating Expense | $ 1,890.08 |
| 1/25/2010 | Transfer to Payroll | Operating Expense | $ 9,000.00 |
| 1/26/2010 | Ohio Casualty (P&C Insurance) | Operating Expense | $ 4,202.20 |
| 1/26/2010 | Prime Source | Trade Payable | $ 2,355.00 |
| 1/26/2010 | | Operating Expense | $ 433,928.70 |

| Summary | | |
|---|---|---|
| Trade Payables | $ | 144,613.71 |
| Operating Expenses | $ | 207,783.99 |
| Payments to Lenders | $ | 81,531.00 |
| | $ | 433,928.70 |

## United States Bankruptcy Court
### District of New Jersey

| | | | |
|---|---|---|---|
| In re | **Spartan Contractor Supply Company, Inc.** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..................................... $ **3,750.00**

    Prior to the filing of this statement I have received ............................ $ **3,750.00**

    Balance Due ............................................................................... $ **0.00**

2.  $ **1,039.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **All pre-petition legal advice, petition preparation services and filing fee.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January 31, 2010**

**/s/ John D. Kutzler S.Ct.**
**John D. Kutzler S.Ct. 78764; JDK9965**
**Buzby & Kutzler, Attorneys at Law**
**1524 West Girard Avenue**
**Philadelphia, PA 19130**
**215-235-2775  Fax: 215-235-2771**
**johndkutzler@aol.com**

---

# United States Bankruptcy Court
## District of New Jersey

In re  **Spartan Contractor Supply Company, Inc.**                    ,      Case No. _____

                                                            Debtor

                                                                    Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Donald R. Boresen**<br>**15-19 Evans Terminal**<br>**P.O. Box 249**<br>**Hillside, NJ 07205** | **Common Shares** | **1** | **Ownership** |
| **Katherine J. Boresen**<br>**15-19 Evans Terminal**<br>**P.O. Box 249**<br>**Hillside, NJ 07205** | **Common Shares** | **1** | **Ownership** |
| **Spartan Contractor Supply Company, Inc.**<br>**Profit Sharing Plan & Trust**<br>**15-19 Evans Terminal**<br>**P.O. Box 249**<br>**Hillside, NJ 07205** | **Common Shares** | **100** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**January 31, 2010**_____      Signature__**/s/ Donald R. Boresen**_____
                                                            **Donald R. Boresen**
                                                            **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
### District of New Jersey

In re    **Spartan Contractor Supply Company, Inc.**

                                           Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 31, 2010**

**/s/ Donald R. Boresen**

**Donald R. Boresen**/**President**
Signer/Title

3M
2096 Reliable Parkway
Chicago, IL 60686-0020


Action Rubber & Industrial, Inc.
P.O. Box 7098
Rochelle Park, NJ 07662


Advanced Building Products Inc.
P.O. Box 98
Springvale, ME 04083


Akrotex Films Inc.
P.O. Box 1508
Orange, TX 77631-1508


All-Ways Safety Inc.
Unit 100
63 Flushing Avenue
Brooklyn, NY 11205-1069


Balco Inc.
2626 South Sheridan
P.O. Box 17249
Wichita, KS 67217-0249


Bartell Morrison USA (LLC)
2 Industrial Drive
Keyport, NJ 07735


Chasbo Properties, Inc.
899 Harrell Avenue
Woodbridge, NJ 07095


Dayton Superior Corp.
P.O. Box 712273
Cincinnati, OH 45271-2273


Donald R. Boresen
15-19 Evans Terminal
Hillside, NJ 07205


Dow Chemical Company
7719 Collection Center Drive
Chicago, IL 60693

Emerald Communications
Address Unknown


Five Star Group NJ
P.O. Box 1960
East Hanover, NJ 07936


Ford Credit
P.O. Box 220564
Pittsburgh, PA 15257-2564


Gemtor, Inc.
One Johnson Avenue
Matawan, NJ 07747


Glenn C. Boresen
899 Harrell Avenue
Woodbridge, NJ 07095


Hanes Geo Components;
L & P Financial Services Co.
P.O. Box 60984
Charlotte, NC 28260


Husqvarna Construction Products
P.O. Box 2771
Carol Stream, IL 60132-2771


Infiniti Financial Services
P.O. Box 371447
Pittsburgh, PA 15250-7447


Internal Revenue Service
Kansas City, MO 64999-0002


Ivy Steel & Wire Division
P.O. Box 404248
Atlanta, GA 30384-4248


J. D. Russell Company
P.O. Box 183471
Utica, MI 48318-3471

JDS Associates
3155 Rt. 10 East
Suite 100
Denville, NJ 07834


Jescraft
201 West Fort Lee Road
Bogota, NJ 07603


Katherine J. Boresen
15-19 Evans Terminal
Hillside, NJ 07205


Kenseal Const. Products Corp.
P.O. Box 23454
Newark, NJ 07189


Liberty Transportation
1075 Garden State Road
Union, NJ 07083


Logistics Supply
P.O. Box 481931
Charlotte, NC 28269


Mar-Mac Wire Inc.
P.O. Box 1070
Charlotte, NC 28201-1070


Marshalltown
P.O. Box 738
Marshalltown, IA 50158


Mr. and Mrs. Ralph Milnes
2116 Senda de Daniel
Santa Fe, NM 87501


Mutual Industries Inc.
P.O. Box 13700
Lockbox # 701247
Philadelphia, PA 19191-1247


Neslo Petroleum Products
P.O. Box 33
Fords, NJ 08863

Newark Paperboard Prod. /York
1820 Solutions Center Drive
Chicago, IL 60677-1008


Ohio Casualty
P.O. Box 7906
Loveland, OH 45140-7906


Olympic Glove & Safety Co. Inc.
75 Main Avenue
P.O. Box 9410
Elmwood Park, NJ 07407


Pearl Abrasive Company
P.O. Box 515425
Los Angeles, CA 90051-6725


Penske Truck Leasing Co., LP
P.O. Box 827380
Philadelphia, PA 19182-7380


Pitney Bowes Global Financial Services
P.O. Box 856460
Louisville, KY 40285-6460


PNC Bank, N.A.
8800 Tinicum Boulevard
Philadelphia, PA 19153


Poly-Pak Industries
P.O. Box 32174
Hartford, CT 06150-2174


Prime Source Receivables Co LLC
2517 Paysphere Circle
Chicago, IL 60674


Prosoco Inc.
P.O. Box 413683
Kansas City, MO 64141-3683


Radians Inc.
P.O. Box 341849
Memphis, TN 38184-1849

Raven Industries Inc.
P.O. Box 1450
Minneapolis, MN 55485-9348


RKL Building Specialties Co.
23-86 48th Street
Astoria, NY 11103


Sandell Manufacturing Co. Inc.
 P.O. Box 3358
Schenectady, NY 12303


Spartan Acquisition Co., Inc.
611 Seven Oaks Road
Orange, NJ 07050-3123


SpecChem
47th Street
Ste. 450
Kansas City, MO 64112


State of New Jersey
Division of Taxation
P.O. Box 111
Trenton, NJ 08645-0111


Strong-Man Building Products
240 West Parkway
Pompton Plains, NJ 07444


Target Industries
P.O. Box 95000-4095
Philadelphia, PA 19195-0001


Teamsters Local 408 - Pension
1907 Morris Avenue
Union, NJ 07083


Teamsters Local 408 - Welfare
1907 Morris Avenue
Union, NJ 07083

TEC Products Co. Inc.
R3 TEC Bunzl Mid Atlantic Region
12765 Collections Center Drive
Chicago, IL 60693


U.S. Wire & Cable Corp.
33 Queen Street
Newark, NJ 07114


Unitex USA Inc.
28 International Court
Dallas, GA 30157


Weiler Corporation #2840
P.O. Box 8500
Philadelphia, PA 19178-2840


Weston Company
P.O. Box 397
Gainesville, VA 20156


Wholesale Bldg. Specialties
6810 U.S. Highway 9
Howell, NJ 07731


Wire-Bond
P.O. Box 240988
Charlotte, NC 28224

# United States Bankruptcy Court
### District of New Jersey

In re   **Spartan Contractor Supply Company, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Spartan Contractor Supply Company, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Spartan Contractor Supply Company, Inc.**
**Profit Sharing Plan & Trust**
**15-19 Evans Terminal**
**P.O. Box 249**
**Hillside, NJ 07205**

☐ None [*Check if applicable*]

**January 31, 2010**

Date

**/s/ John D. Kutzler S.Ct.**

**John D. Kutzler S.Ct. 78764; JDK9965**

Signature of Attorney or Litigant

Counsel for   **Spartan Contractor Supply Company, Inc.**

**Buzby & Kutzler, Attorneys at Law**
**1524 West Girard Avenue**
**Philadelphia, PA 19130**
**215-235-2775 Fax:215-235-2771**
**johndkutzler@aol.com**